Case 1:22-mj-00126-RMM   Document 1-1   Filed

Case: 1:22-mj-00126
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/31/2022
Description: COMPLAINT W/ ARREST WARRANT

On Saturday May 28, 2022, at 12:13 PM, a call for service for a Unlawful Entry came out at 222 M Street SW Washington D.C. The Mountain Bike Tac Unit was actively patrolling the Greenleaf area (PSA 105) for crime patrol due to a recent string of robberies that occurred in the Patrol Services Areas 105 and 106. The Mountain Bike Tac Unit began to travel to that location to canvass for suspects of the crime.

Along with the Mountain Bike Tac unit, Officer Davis and Officer Grier responded to the location for the Unlawful Entry. Witness-1 (W-1) the leasing manager at Valo Apartments called MPD after noticing apartment #910 had items and people inside, when it is supposed to be a vacant unit. The unit was going to be toured by a prospective resident when W-1 noticed what appeared to be trash bags in the unit. W-1 left the unit to inquire about the bags with the cleaning staff. W-1 asked the cleaning staff about the trash bags and they told him the unit was supposed to be completely empty. W-1 then went back to the unit when he heard what sounded like two individuals making shushing noises to each other.

W-1 then took a couple pictures of the bags and called DC Police Department. Unit #910 has been vacant and has not had a leaseholder since the beginning of May 2022.  DC MPD Officers Solem, Thermidor, Davis and Grier were then given verbal consent to enter the premises of #910 by the Leasing Manager of Valo Apartments. W-1 then unlocked the door to the unit for the Officers. Upon entry into the unit, Defendant Pacheco walked forward to present himself to the police.

Officer Solem stopped Defendant Eder Luciano Pacheco (DOB ██/██/1986 who will further be identified as D-1) in the hallway of the unit.  Defendant Pacheco was in his boxer shorts at the time law enforcement encountered him in the apartment.  No other individuals were located inside of the apartment.

Officers on scene observed large bags of a green weed substance that Officer Solem recognized to be more than the legal amount of (2oz) behind D-1. In plain sight Officers noted several camping style duffle bags in excess of a hundred pounds of suspected marijuana. The green weed substance was later weighed and field tested by Officer's Kern and Tso which yielded positive reaction for the presence of THC.

The total weight of the green weed substance was 9900.1 Ounces or 618.75 pounds.

Due to the large amount of the green leafy-like substance, a vacuum bag sealer, $447.00 U.S Currency and the method of concealment, it is more likely that the substance was being possessed with the intent to distribute, rather than mere possession for personal possession and consumption.

While Officer Davis secured D-1 in the bathroom area, Officer Grier and Solem then walked into the bedroom where D-1 had just walked out of.  In the bedroom and in plain sight was a black in color handgun lying on the floor. Officer Grier secured the first weapon. Officer Thermidor then asked D-1 if there was any more weapons in the unit. D-1 advised Officer Thermidor that there was another gun in the cabinet above the refrigerator in the kitchen. Officer Thermidor then recovered another black in color handgun laying in the cabinet.  Defendant Pacheco's wallet and identification card were also located in the bedroom where the weapon was recovered.

Members of the First District Crime Suppression Team (CST) responded to the scene to help recover the illegal narcotics from the residence and help process the crime scene. Members of the CST processed the scene and collected the following evidence:

- Bedroom 1 - 6 duffel bags with green leafy substance
- Bedroom 1 closet - 13 plastic bags of green leafy substance
- Hallway closet - 1 blue duffel bag
- Hallway Closet - 5 vacuum bags of green leafy substance
- Hallway - 1 duffel bag of green leafy substance
- Hallway - 26 vacuum sealed bags of green leafy substance
- Room 2 Living room - 3 duffel bags of green leafy substance
- Room 2 Living Room - 117 plastic bags of green leafy substance
- Room 2 Kitchen - 3 plastic bags of green leafy substance
- Room 3 Bathroom - Samsung cell phone with cracked screen
- Bedroom 1 - Brown wallet with ID
- Bedroom 1 - $447 US currency
- Room 2 Kitchen - Food saver vacuum sealer
- Bedroom 1 Closet - Key fob and key

Members of the District of Columbia's Department of Forensic Sciences responded to 222 M Street Unit #910 to recover the two handguns. DFS determined that the first handgun was a XD-9 Springfield Armory 9 MM caliber semiautomatic handgun with serial #XD134599. The XD-9 Springfield Armory had one round in the chamber and an additional thirteen rounds in a sixteen round capacity magazine. The recovered XD-9 Springfield Armory was lying on the floor of the bedroom that Defendant Eder came from. The second handgun was a Taurus G2S 9MM semiautomatic handgun with serial #TLT16444. The Taurus had no rounds in the chamber and no rounds in a seven rounds capacity magazine.

Due to the large amount of marijuana, firearms, and instruments used for packaging, it is clear that D-1 entered this apartment with the intent to commit Possession with Intent to Distribute Marijuana. Given the proximity of the loaded Springfield Armory firearm to the marijuana, it is your affiant's belief that the firearm was possessed and used in furtherance of the marijuana trafficking (including to protect the valuable stash of drugs within the apartment).

_____
OFFICER JOSEPH SOLEM, BADGE 4833
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 31st day of May 2022.*

_____

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE